Same case below, 417 Fed. Appx. 530.

Same case below, 412 Fed. Appx. 582.

**No. 11-5830. William Stevens, Petitioner v. United States.**

565 U.S. 922, 132 S. Ct. 350, 181 L. Ed. 2d 221, 2011 U.S. LEXIS 7040.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 11-5833. Brian Copeland, Petitioner v. United States.**

565 U.S. 923, 132 S. Ct. 350, 181 L. Ed. 2d 221, 2011 U.S. LEXIS 6955.

October 3, 2011. Petition for writ of certiorari to the District of Columbia Court of Appeals denied.

Same case below, 16 A.3d 974.

**No. 11-5836. Alaric F. Simon, Petitioner v. United States.**

565 U.S. 923, 132 S. Ct. 351, 181 L. Ed. 2d 221, 2011 U.S. LEXIS 7045.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 422 Fed. Appx. 489.

**No. 11-5839. Lee Hope Thrasher, Petitioner v. United States.**

565 U.S. 923, 132 S. Ct. 351, 181 L. Ed. 2d 221, 2011 U.S. LEXIS 7098.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

**No. 11-5840. Jamerson Tillman and James Tillman, Petitioners v. United States.**

565 U.S. 923, 132 S. Ct. 351, 181 L. Ed. 2d 221, 2011 U.S. LEXIS 7035.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 421 Fed. Appx. 289.

**No. 11-5841. Gary Anthony Valentine, Petitioner v. United States.**

565 U.S. 923, 132 S. Ct. 351, 181 L. Ed. 2d 221, 2011 U.S. LEXIS 7041.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 421 Fed. Appx. 677.

**No. 11-5844. Addisabeth Pryce, Petitioner v. New Jersey.**

565 U.S. 923, 132 S. Ct. 351, 181 L. Ed. 2d 221, 2011 U.S. LEXIS 6941.

October 3, 2011. Petition for writ of certiorari to the Superior Court of New Jersey, Appellate Division, denied.